IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOGAN LAUTENSCHLAGER, a Minor, by and through his Mother, SARAH LAUTENSCHLAGER, and his Father, LONNIE LAUTENSCHLAGER, as Next Friends and Natural Guardians, and LONNIE AND SARAH LAUTENSCHLAGER, Individually, | 4:13CV3203 |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| BLUE CROSS BLUE SHIELD OF NEBRASKA, INC., | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation and Joint Motion for Dismissal (Filing 11) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action, including all claims, counterclaims, and the like, is dismissed with prejudice; each party shall bear their own costs, including attorney fees; and complete record is waived.

DATED this 5th day of May, 2014.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge